DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHAN COLLINS LEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3728

[May 10, 2018]

Appeal from the Circuit Court for the Seventeen Judicial Circuit, Broward County; Mindy F. Solomon, Judge; L.T. Case No. 15-006735 CF10A.

Jason T. Forman of Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***